# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00356-CR
## NO. 03-02-00357-CR
## NO. 03-02-00358-CR

**Robert Earl Clincy, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT**
**NOS. 52,695, 52,696 & 52,697, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

Appellant=s motions to dismiss these appeals are granted. *See* Tex. R. App. P. 42.2(a).

The appeals are dismissed.

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant=s Motion

Filed: August 8, 2002

Do Not Publish